L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939 Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>Geronimo Felix Peralta<br><br>Debtor(s) | **CHAPTER 13**<br>CASE NO.<br><br>DEBTOR'S DECLARATION RE: UNABLE TO OBTAIN A PRE-BANKRUPTCY CERTIFICATE. TRUSTEE SALE SCHEDULE FOR TOMORROW. |

I, Geronimo Felix Peralta, am debtor on this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. On 10/20/2010 about 8pm, I find out that my house is for Sale tomorrow 10/21/2010 at 10am. At this time I am unable to locate a credit counseling service to get pre-bankruptcy certificate.

**I certify under penalty of perjury that the information provided above is true and correct.**

Date: October 20, 2010            _/s/  Geronimo Felix Peralta___.
                                              Geronimo Felix Peralta