**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**700 S. FLOWER ST., SUITE 1950**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF RESCHEDULED HEARING

| IN RE: | CHAPTER 13 |
|---|---|
| Geronimo Felix-Peralta | CASE NO.: LA10-55161-AA |
| | **NOTICE OF RESCHEDULED §341(a) MEETING OF CREDITORS** |
| DEBTOR(S) | DATE: December 3, 2010<br>TIME: 9:00 am<br>PLACE: Sheraton Los Angeles Downtown Hotel<br>711 South Hope Street<br>ROOM: Redondo B - Ballroom Level<br>LOS ANGELES, CA 90017 |

**PLEASE TAKE NOTICE THAT the previously scheduled §341(a) MEETING OF CREDITORS will now occur at the time and place listed above.**

**Dated:  11/12/10**

_(signature)_

**Kathy A. Dockery**
**Chapter 13 Trustee**

| | |
|---|---|
| In re: **GERONIMO FELIX-PERALTA** | CHAPTER: 13 |
| | CASE NUMBER: **LA10-55161-AA** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
700 S. Flower Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF RESCHEDULED §341(a) MEETING OF CREDITORS**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 11/12/10, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/12/2010 | Perlita Gozun | *Perlita Gozun* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| | |
|---|---|
| In re **GERONIMO FELIX-PERALTA** | CHAPTER: 13 |
| | CASE NUMBER: **LA10-55161-AA** |

## Service List

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

BAC HOME LOAN SERVICING, L.P.
7105 CORPORATE DRIVE
PLANO, TX 75024

BAC Home Loans Servicing
400 Countrywide Way MS SV 46
Simi Valley, CA 93065

BAC Home Loans Servicing
7105 Corporate Drive
Plano, TX 75024

BANK OF AMERICA
PO BOX 301200
LOS ANGELES, CA 90030

Bank of America, N.A.
PO Box 26012
NC4-105-03-14
Greensboro, NC 27420

CHASE
PO BOX 78420
PHOENIX, AZ 85062

Client Services Inc
3451 Harry Truman Blvd
Ref No 012040241
Saint Charles, MO 63301

Equifax Credit Information
Bankruptcy Notification
PO BOX 740241
Atlanta, GA 30374

Experian
Bankruptcy Notification
475 Anton Blvd
Costa Mesa, CA 92626

Geronimo Felix-Peralta
3733 Woodlawn Ave
Los Angeles, CA 90011

Hispanos Unidos & Associates
Listing Agent Maria Tejeda
2009 W. Whittier Blvd
Montebello, CA 90640

Home Depot
PO Box 653000
Dallas, TX 75265

L BISHOP AUSTIN & ASSOCIATES
3250 WILSHIRE BLVD
SUITE 1500
LOS ANGELES, CA 90010

Leroy Bishop Austin
L.Bishop Austin & Associates
3250 Wilshire Blvd Ste 1500
Los Angeles, CA 90010-1502

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                           **F 9013-3.1**