L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939 Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In Re:<br><br>Geronimo Felix Peralta<br><br>Debtor(s) | CHAPTER 13<br>CASE NO. 2:10-bk-55161-AA<br><br>DEBTOR'S DECLARATION RE: OBTAINED PRE-BANKRUPTCY CERTIFICATE AFTER EMERGENCY FILING |
|---|---|

I, Geronimo Felix Peralta, am debtor on this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

I certify that after my emergency case was filed, I requested credit counseling services from an approved agency and I obtained my Pre-bankruptcy certificate now. I have attached to this declaration a true and correct copy of the Pre-bankruptcy certificate

**I certify under penalty of perjury that the information provided above is true and correct.**

Date: November 3, 2010            /S/ Geronimo Felix Peralta
                                   Geronimo Felix Peralta

PRE-BANKRUPTCY CERTIFICATE
OBTAINED ON OCTOBER 26, 2010
12-16-2010

Certificate Number: 00437-CAC-CC-012801003

00437-CAC-CC-012801003

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 26, 2010</u>, at <u>3:38</u> o'clock <u>PM MDT</u>, <u>Geronimo Felix</u> received from <u>Black Hills Children's Ranch, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Central District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:  <u>October 26, 2010</u>          By:    <u>/s/Rebecca S. Lancaster</u>

                                        Name:  <u>Rebecca S. Lancaster</u>

                                        Title: <u>Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).