1 L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
2 3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
3 Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
4 Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In Re: | CHAPTER 13 |
|---|---|
| Geronimo Felix-Peralta | CASE NO: 2:10-bk-55161-AA |
| Debtor(s) | DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |

I, Geronimo Felix-Peralta, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

I am current with the November 2010 and December 2010 Trustee's payments. See attached copy of the money order(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 20, 2010

_____
Debtor

1

# KATHY A. DOCKERY
# CHAPTER 13 TRUSTEE

PO Box 691
Memphis, TN 38101-0691
TELEPHONE – (213) 996-4400
FAX (213) 996-4426
www.13datacenter.com

## Receipt Documentation

| | |
|---|---|
| **Debtor:** | Geronimo Felix-Peralta |
| **Co-Debtor:** | |
| **Case Number:** | 10-55161-AA |
| **Date** | 12/3/10 |
| **Attorney:** | L BISHOP AUSTIN & ASSOCIATES |

**Received Amount:** $895.00

| Source# | Amount |
|---|---|
| #376 | $300.00 |
| #617 | $595.00 |

9_2570333100912C    LR

Trustee pmt
Nov & December 2010



**Bank of America**      **Cashier's Check**      No. **427342617**

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Date   DECEMBER 02, 2010     11-35/1210   NCA

Banking Center   FIGUEROA-ADAMS

0002152   00004   0007342617

ELIAZER G. FELIX
Remitter (Purchased By)

$ **595.00**

Pay **FIVE HUNDRED NINETY FIVE DOLLARS AND 00 CENTS**

To The Order Of   **CHAPTER 13 TRUSTEE**
**FROM GERONIMO FELIX**

Bank of America, N.A.
San Francisco, CA     VOID AFTER 90 DAYS

Authorized Signature
Non-Negotiable
**Customer Copy**     1397085076
**Retain For Your Records**

---

**Bank of America**      **Cashier's Check**      No. **427343376**

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Date   NOVEMBER 24, 2010     11-35/1210   NCA

Banking Center   FIGUEROA-ADAMS

0002152   00005   0007343376

ELIAZER G. FELIX
Remitter (Purchased By)

$ **300.00**

Pay **THREE HUNDRED DOLLARS AND 00 CENTS**

To The Order Of   **CHAPTER 13 TRUSTEE**
**FROM GERONIMO FELIX**

Bank of America, N.A.
San Francisco, CA     VOID AFTER 90 DAYS

Tran 00068   11/24/2010   10:22   NCS
R/TN 580930135   CC 0002152   Tlr 00005
Account ****13
Document # 7343376
Official Check Sale     $300.00
Customer Copy ****1397085076
Retain For Your Records    08/12

Authorized Signature
Non-Negotiable
**Customer Copy**
**Retain For Your Records**