| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-55161-AA |
| In re<br><br>Geronimo Felix-Peralta<br><br><br><br>Debtor(s). | **DECLARATION SETTING FORTH<br>POSTPETITION, PRECONFIRMATION<br>DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY<br>RULE 3015-1(m)** |

I, __Geronimo Felix-Peralta__ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 12/20/10.

2. I am the owner of real property[1] at the following street address:

    3733 Woodlawn Ave., Los Angeles, CA 90011

    _____ (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of __CHASE HOME FINANCE__ .

    b. Second deed of trust in favor of __NONE__ *(if applicable)*.

    c. Third deed of trust in favor of __NONE__ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

F 3015-1.4
Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*

F 3015-1.4

*Local Bankruptcy Rule 3015-1(m) - Page 2 of 3*

| In re<br>Geronimo Felix-Peralta<br><br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-55161-AA |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Chase Home Finance<br>PO BOX 78420<br>Phoeniz, AZ 85062 | $2001.42 | 1-15th Nov 2010 | 11/24/10 |
| | $2001.42 | 1-15th Dec 2010 | 12/2/10 |
| Creditor | | | |
| | | | |
| Creditor | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2] Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3] A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4] Attach additional pages if necessary.

[5] "Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*     F 3015-1.4

*Local Bankruptcy Rule 3015-1(m) - Page 3 of 3*

| In re                        |            | CHAPTER 13                  |
|------------------------------|------------|-----------------------------|
| Geronimo Felix-Peralta       | Debtor(s). | CASE NUMBER 2:10-bk-55161-AA |

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  December 20, 2010          Signature  _____
                                            Geronimo Felix-Peralta
                                            Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                Best Case Bankruptcy



Mortgage pmt December 2010



LA 10-55161 AA

**Bank of America** — **Cashier's Check** — No. 427342581

11-35/1210
NCA

Date NOVEMBER 24, 2010

Banking Center: FIGUEROA-ADAMS

0002152 00013 0007342581

Remitter (Purchased By): GERONIMO FELIX AND ELIAZER FELIX

$ **2021.42**

Pay To The Order Of: **CHASE HOME FINANCE**

**Two Thousand Twenty One Dollars and 42 Cents**

Tran 00008  11/24/2010  09:34  NCS
R/T# CC 0002152 Tlr 00013
Account ***********0000

Non-Negotiable
Document # 7342581
Official Check Sale  $2,021.42
Customer Copy ****************13970830762
Retain For Your Records

Bank of America, N.A.
San Francisco, CA

VOID AFTER 90 DAYS

Authorized Signature

Mortgage pmt November 2010



U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

7009 2250 0000 3865 5293

Postage $ $0.44
Certified Fee $2.80
Return Receipt Fee (Endorsement Required) $0.00
Restricted Delivery Fee (Endorsement Required) $0.00
Total Postage & Fees $ $3.24

Postmark 11/24/2010 WASHINGTON STATION

Sent To: CHASE HOME FINANCE
Street, Apt. No.; or PO Box No. PO BOX 78420
City, State, ZIP+4 Phoenix AZ 85062-8420

PS Form 3800, August 2006

LA10-55161AA